Edwin I. Aimufua, Esq., SBN # 186986
LAW OFFICES OF EDWIN I. AIMUFUA
17000 Ventura Blvd, Suite # 201
Encino, California 91316
(818) 855-1118 (Telephone)
(818) 855-1101 (Facsimile)
eia@aimufualaw.com

*Attorneys for Plaintiffs and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER OH, CHRISTINA BOHNSTEDT, BROOKE HOFFMAN, MICAH BAILEY, LINDA SOLTIS, DERRICK SMITH, KALEB FAJARADO, GWENDOLYN RAYMOND, ANTHONY HERRERA, SHILOH IRVIN, MATTHEW BRUDNICKI, JAMES ROCHE, LINDSEY LILJENQUIST, RYAN MCVEY, BETHANY LANGE, ANTHONY JORDAN ALLEN PRICE, RASHON KYLE, HAMAD HAMDI, JENNIFER JOHNSTON, JAMES TROXEL, MAUREEN CARNEY, MICHAEL SPANO, TORIAHNA BONDS, GABRIEL GARCIA-FRAIRE, SHANE HANRAHAN, DAN McCULLOUGH, KEVIN COLLINS, KRISTEN ZINSELMEIER, JAMES COOPER ROSEANNE HANSEN, DUSTY DERIGO, NICOLE FRANKLIN, DAKOTA JONES, JOHN RAY, JONATHAN YAGEL, ANGEL GONZALES, ELIJAH HAYDARY, MIKE ESTRADA, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>SCRAM OF CALIFORNIA, Inc., a California Corporation; ALCOHOL MONITORING SYSTEMS, INC., a Delaware Corporation; LOS ANGELES ALCOHOL MONITORING Inc., a California Entity; FLORIDA SAFETY COUNCIL, Inc., a Florida Entity; UNITED SAFETY COUNCIL, Inc., a Florida Entity; ETOH MONITORING, L.L.C., a Louisiana Corporation; RECOVERY SOLUTIONS CONSULTING & TRAINING CORP, a private Entity; RECOVERY HEALTHCARE CORPORATION, A Texas Corporation;<br>[continued on page 2] | Case No:17-CV-05588-CAS-PLA<br><br>**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF JONATHAN YAGEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. Christina A. Snyder<br><br>Action Filed: July 28, 2017 |

-1-

| | |
|---|---|
| 1 | TOTAL COURT SERVICES OF NEVADA, LLC., a Nevada Corporation: SENTINEL OFFENDERS SERVICES, LLC., a Delaware Corporation; SCRAM SYSTEMS OF ILLINOIS, Inc., an Illinois Entity; COURT PROGRAMS OF NORTH FLORIDA, LLC, a Florida Entity; HOUSE ARREST SERVICES, Inc., Unknown Entity; MIDWEST ADP, INC., a Missouri Entity; WISCONSIN LOCK & LOAD ELECTRONIC MONITORING SOLUTIONS, LLC, a Wisconsin Corporation; MIDATLANTIC MONITORING SERVICES, L.L.C., a Pennsylvania Corporation; ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS, LLC., a Colorado Corporation; ICU MONITORING INC., an Indiana Entity; EASTERN MISSOURI ALTERNATIVE SENTENCING SERVICES, Inc., a Missouri Corporation; ADVANTAGE SENTENCING ALTERNATIVE PROGRAMS, Inc., a Maryland Corporation; PRONTOTRAK, Inc., a Georgia Corporation; TOTAL COURT SERVICES OF INDIANA, L.L.C., an Indiana Corporation; PRIDE INTERGRATED SERVICE, Inc., a Georgia Corporation; NINEHOUSE MEDIA, INC., an Illinois Corporation; LEADERS IN COMMUNITY ALTERNATIVES, INC., a California Corporation; and DOES 1-10, inclusive.<br><br>                    Defendants. |

-2-

**PLEASE TAKE NOTICE** that Plaintiff **JONATHAN YAGEL** ("Yagel"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily asks to be dismissed from this case.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

(1) By the Plaintiff.

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss himself without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this Plaintiff may be dismissed without prejudice and without an Order of the Court.

Dated: August 18, 2017            By: S/ Edwin I. Aimufua, Esq._____

    Edwin I. Aimufua, Esq., SBN: 186986
    LAW OFFICES OF EDWIN I. AIMUFUA
    17000 Ventura Blvd, Suite # 201
    Encino, California 91316
    (818) 855-1118 (Telephone)
    (818) 855-1101 (Facsimile)
    eia@aimufualaw.com

*Attorneys for Plaintiffs Jennifer Oh, Christina Bohnstedt, Brooke Hoffman, Micah Bailey, Linda Soltis, Derrick Smith, Kaleb Fajarado, Gwendolyn Raymond, James Roche, Ryan McVey, Matthew Brudnicki, Lindsey Liljenquist, Bethany Lange, Allen Price, Shiloh Irvin, Hamad Hamdi, Anthony Jordan, Jennifer Johnston, Rashon Kyle, Kevin Collins, Michael Spano, James Troxel, Maureen Carney, Gabriel Garcia-Fraire, Toriahna Bonds, Kristen Zinsselmeier, James Cooper, Roseanne Hansen, Dusty Derigo, Nicole Franklin, Dakota Jones, John Ray, Angel Gonzeles, Elijah Yagel, Mike Estrada, on their own behalf, and on behalf of all others similarly situated.*