HOLLAND & KNIGHT LLP
Shelley G. Hurwitz (State Bar #217566)
400 South Hope Street, 8th Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450

*Attorneys for Defendant Court
Programs of North Florida, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JENNIFER OH, et. al. | Case No.: 2:17-cv-05588-CAS-PLA |
| Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| SCRAM OF CALIFORNIA, INC., et. al. | |
| Defendants. | Complaint Served: August 4, 2017 |
| | Current Response Date: August 25, 2017 |
| | New Response Date: September 25, 2017 |

Plaintiffs and Defendant COURT PROGRAMS OF NORTH FLORIDA, LLC ("Court Programs") stipulate as follows:

WHEREFORE:

1. Plaintiffs filed their Complaint on July 28, 2017.

2. Plaintiffs served their Complaint on Court Programs on August 4, 2017 and a responsive pleading is due on August 25, 2017.

3. Court Programs has requested and Plaintiffs have agreed that Court Programs will have an additional 30-days to respond to the Complaint.

-1-

4. The additional time to respond to the Complaint will not alter the date of any event or deadline already set by this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and defendant Court Programs, that Court Programs will have an additional 30-days to answer or respond to the Complaint, which answer or response is due on or before September 25, 2017 (as 30 days falls on Sunday, September 24, 2017), and that none of Court Program's defenses are waived.

DATED: August 23, 2017        HOLLAND & KNIGHT LLP

                                                                    ____/s Shelley Hurwitz_____

                                                                          Shelley Hurwitz
*Attorneys for Defendant Court Programs of Florida, LLC*

DATED: August 23, 2017        LAW OFFICES OF EDWIN AIMUFUA

                                                                  ____/s Edwin Aimufua_____

                                                                          Edwin Aimufua
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2017, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ Shelley G. Hurwitz
Shelley G. Hurwitz