NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
William E. Ireland (SBN 115600)
Haight Brown & Bonesteel
555 South Flower Street, 45th Floor
Los Angeles, California 90071
Telephone No.: (213) 542-8000
Facsimile No.: (213) 542-8100

Walter A. Herring (Pro Hac Vice Pending)
Jessica L. Spaniol (Pro Hac Vice Pending)
Munck Wilson Mandala
600 Banner Tower
12700 Coit Road
Dallas, Texas 75251
Telephone No.: (972) 628-3600
Facsimile No.: (972) 628-3616

ATTORNEY(S) FOR: Defendant Recovery Healthcare Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JESSICA OH, et al.

Plaintiff(s),

v.

SCRAM OF CALIFORNIA, INC., et al.

Defendant(s)

CASE NUMBER:
2:17-cv-05588-CAS-PLA

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Recovery Healthcare Corporation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Recovery Healthcare Corporation | Defendant |

August 28, 2017
Date

/s/ William E. Ireland
Signature
William E. Ireland

Attorney of record for (or name of party appearing in pro per):

Recovery Healthcare Corporation

CV-30 (05/13)            NOTICE OF INTERESTED PARTIES

