| | |
|---|---|
| 1 | Susan E. Coleman (SBN 171832) |
| 2 | E-mail: scoleman@bwslaw.com<br>Kristina Doan Gruenberg (SBN 268188) |
| 3 | E-mail: kgruenberg@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP |
| 4 | 444 South Flower Street, Suite 2400<br>Los Angeles, CA  90071-2953 |
| 5 | Tel: 213.236.0600      Fax: 213.236.2700 |
| 6 | Attorneys for Defendant<br>ALCOHOL MONITORING SYSTEMS, INC. and |
| 7 | SENTINEL OFFENDER SERVICES, LLC |

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Kristina Doan Gruenberg (SBN 268188)
E-mail: kgruenberg@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600      Fax: 213.236.2700

Attorneys for Defendant
ALCOHOL MONITORING SYSTEMS, INC. and
SENTINEL OFFENDER SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER OH, CHRISTINA BOHNSTEDT, BROOKE HOFFMAN, MICAH BAILEY, LINDA SOLTIS, DERRICK SMITH, KALEB FAJARADO, GWENDOLYN RAYMOND, ANTHONY HERRERA, SHILOH IRVIN, MATTHEW BRUDNICKI, JAMES ROCHE, LINDSEY LILJENQUIST, RYAN MCVEY, BETHANY LANGE, ANTHONY JORDAN ALLEN PRICE, RASHON KYLE, HAMAD HAMDI, JENNIFER JOHNSTON, JAMES TROXEL, MAUREEN CARNEY, MICHAEL SPANO, TORIAHNA BONDS, GABRIEL GARCIA-FRAIRE, SHANE HANRAHAN, DAN McCULLOUGH, KEVIN COLLINS, KRISTEN ZINSELMEIER, JAMES COOPER ROSEANNE HANSEN, DUSTY DERIGO, NICOLE FRANKLIN, DAKOTA JONES, JOHN RAY, JONATHAN YAGEL, ANGEL GONZALES, ELIJAH HAYDARY, MIKE ESTRADA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCRAM OF CALIFORNIA, Inc., a California Corporation; ALCOHOL MONITORING SYSTEMS, INC., a | Case No. 17-CV-05588-CAS-PLA<br><br>**DEFENDANT SENTINEL OFFENDER SERVICES, INC.'S NOTICE OF JOINDER TO DEFENDANT ALCOHOL MONITORING SYSTEMS, INC.'S MOTION TO DISMISS**<br><br>Fed. R. Civ. P. 12(b)(6), 9(b)<br><br>Judge: Hon. Christina A. Snyder<br><br>Date:    October 2, 2017<br>Time:    10:00 a.m.<br>Court:   8D |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-4884-9487 v1      - 1 -      17-CV-05588-CAS-PLA
SENTINEL'S JOINDER TO
MOTION TO DISMISS

Delaware Corporation; LOS ANGELES ALCOHOL MONITORING Inc., a California Entity; FLORIDA SAFETY COUNCIL, Inc., a Florida Entity; UNITED SAFETY COUNCIL, Inc., a Florida Entity; ETOH MONITORING, L.L.C., a Louisiana Corporation; RECOVERY SOLUTIONS CONSULTING & TRAINING CORP, a private Entity; RECOVERY HEALTHCARE CORPORATION, A Texas Corporation; TOTAL COURT SERVICES OF NEVADA, LLC., a Nevada Corporation: SENTINEL OFFENDERS SERVICES, LLC., a Delaware Corporation; SCRAM SYSTEMS OF ILLINOIS, Inc., an Illinois Entity; COURT PROGRAMS OF NORTH FLORIDA, LLC, a Florida Entity; HOUSE ARREST SERVICES, Inc., Unknown Entity; MIDWEST ADP, INC., a Missouri Entity; WISCONSIN LOCK & LOAD ELECTRONIC MONITORING SOLUTIONS, LLC, a Wisconsin Corporation; MIDATLANTIC MONITORING SERVICES, L.L.C., a Pennsylvania Corporation; ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS, LLC., a Colorado Corporation; ICU MONITORING INC., an Indiana Entity; EASTERN MISSOURI ALTERNATIVE SENTENCING SERVICES, Inc., a Missouri Corporation; ADVANTAGE SENTENCING ALTERNATIVE PROGRAMS, Inc., a Maryland Corporation; PRONTOTRAK, Inc., a Georgia Corporation; TOTAL COURT SERVICES OF INDIANA, L.L.C., an Indiana Corporation; PRIDE INTERGRATED SERVICE, Inc., a Georgia Corporation; NINEHOUSE MEDIA, INC., an Illinois Corporation; LEADERS IN COMMUNITY ALTERNATIVES, INC., a California Corporation; and DOES 1-100, inclusive.,

Defendants.

PLEASE TAKE NOTICE that defendant Sentinel Offender Services, LLC, hereby joins in the motion to dismiss for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6) filed by defendant Alcohol

Monitoring Systems, Inc. ("AMS") (Doc. #52) (the "Motion") for all the reasons stated therein.

As and for its initial response to Plaintiffs' complaint (Docket Entry No. 2) (the "Complaint"), Sentinel Offender Services, LLC, joins the Motion, and the Memorandum of Points and Authorities filed in support thereof, on the grounds that:

1) The Complaint is as impermissibly vague with respect to Sentinel Offender Services, LLC as it is to AMS;

2) The Complaint alleges that Sentinel Offender Services, LLC, like AMS, is a private corporation (Complaint ¶ 45) and therefore AMS's arguments regarding 42 U.S.C. §1983 are equally applicable to Sentinel Offender Services, LLC;

3) To the extent that the claims in the Complaint are based on communications made in court proceedings, Sentinel Offender Services, LLC, like AMS, is protected by quasi-judicial immunity and the litigation privilege;

4) AMS's argument that plaintiff's claim for damages under 42 U.S.C. § 1983 are barred by *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994) is applicable to all defendants; and

5) Plaintiff's factual allegations do not state a claim for violations of the First Amendment by any defendant.

Accordingly, Sentinel Offender Services, LLC hereby adopts and incorporates by reference herein the factual allegations and arguments set forth in AMS's Motion. Sentinel Offender seeks the same relief that AMS requests in the Motion, namely, that the Court dismiss the Complaint.

///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-4884-9487 v1 - 3 -

17-CV-05588-CAS-PLA
SENTINEL'S JOINDER TO
MOTION TO DISMISS

Sentinel Offender Services, LLC' joinder in the Motion is based on this Notice of Joinder and Joinder, AMS's Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, and on such other and further evidence and argument as may properly be considered by the Court at or before the hearing on the Motion.   Sentinel Offender Services, LLC reserves the right to join and/or supplement AMS's pleadings with facts and arguments unique to Sentinel Offender Services, LLC, as appropriate and to the extent necessary.

Dated:  September 8, 2017     BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Kristina Doan Gruenberg
    Susan E. Coleman
    Kristina Doan Gruenberg

Attorneys for Defendants
ALCOHOL MONITORING SYSTEMS, INC., AND SENTINEL OFFENDER SERVICES, LLC

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-4884-9487 v1

- 4 -

17-CV-05588-CAS-PLA
SENTINEL'S JOINDER TO MOTION TO DISMISS