Edwin I. Aimufua, Esq., SBN # 186986
LAW OFFICES OF EDWIN I. AIMUFUA
17000 Ventura Blvd, Suite # 201
Encino, California 91316
(818) 855-1118 (Telephone)
(818) 855-1101 (Facsimile)
eia@aimufualaw.com

*Attorneys for Plaintiffs and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER OH, CHRISTINA BOHNSTEDT, BROOKE HOFFMAN, MICAH BAILEY, LINDA SOLTIS, DERRICK SMITH, KALEB FAJARADO, GWENDOLYN RAYMOND, ANTHONY HERRERA, SHILOH IRVIN, MATTHEW BRUDNICKI, JAMES ROCHE, LINDSEY LILJENQUIST, RYAN MCVEY, BETHANY LANGE, ANTHONY JORDAN ALLEN PRICE, RASHON KYLE, HAMAD HAMDI, JENNIFER JOHNSTON, JAMES TROXEL, MAUREEN CARNEY, MICHAEL SPANO, TORIAHNA BONDS, GABRIEL GARCIA-FRAIRE, SHANE HANRAHAN, DAN McCULLOUGH, KEVIN COLLINS, KRISTEN ZINSELMEIER, JAMES COOPER ROSEANNE HANSEN, DUSTY DERIGO, NICOLE FRANKLIN, DAKOTA JONES, JOHN RAY, JONATHAN YAGEL, ANGEL GONZALES, ELIJAH HAYDARY, MIKE ESTRADA, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>SCRAM OF CALIFORNIA, Inc., a California Corporation; ALCOHOL MONITORING SYSTEMS, INC., a Delaware Corporation; LOS ANGELES ALCOHOL MONITORING Inc., a California Entity; FLORIDA SAFETY COUNCIL, Inc., a Florida Entity; UNITED SAFETY COUNCIL, Inc., a Florida Entity; ETOH MONITORING, L.L.C., a Louisiana Corporation; RECOVERY SOLUTIONS CONSULTING & TRAINING CORP, a private Entity; RECOVERY HEALTHCARE CORPORATION, A Texas Corporation; [continued on page 2] | Case No:17-CV-05588-CAS-PLA<br>**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE ENTIRE ACTION**<br><br>[Proposed Order]<br><br>Hon. Christina A. Snyder<br><br>Action Filed:  July 28, 2017 |

1

| | |
|---|---|
| 1 | TOTAL COURT SERVICES OF NEVADA, ) |
| | LLC., a Nevada Corporation: SENTINEL ) |
| 2 | OFFENDERS SERVICES, LLC., a Delaware ) |
| | Corporation; SCRAM SYSTEMS OF ) |
| 3 | ILLINOIS, Inc., an Illinois Entity; COURT ) |
| | PROGRAMS OF NORTH FLORIDA, LLC, a ) |
| 4 | Florida Entity; HOUSE ARREST SERVICES, ) |
| | Inc., Unknown Entity; MIDWEST ADP, INC., ) |
| 5 | a Missouri Entity; WISCONSIN LOCK & ) |
| | LOAD ELECTRONIC MONITORING ) |
| 6 | SOLUTIONS, LLC, a Wisconsin Corporation; ) |
| | MIDATLANTIC MONITORING SERVICES, ) |
| 7 | L.L.C., a Pennsylvania Corporation; ROCKY ) |
| | MOUNTAIN OFFENDER MANAGEMENT ) |
| 8 | SYSTEMS, LLC., a Colorado Corporation; ) |
| | ICU MONITORING INC., an Indiana Entity; ) |
| 9 | EASTERN MISSOURI ALTERNATIVE ) |
| | SENTENCING SERVICES, Inc., a Missouri ) |
| 10 | Corporation; ADVANTAGE SENTENCING ) |
| | ALTERNATIVE PROGRAMS, Inc., a ) |
| 11 | Maryland Corporation; PRONTOTRAK, Inc., ) |
| | a Georgia Corporation; TOTAL COURT ) |
| 12 | SERVICES OF INDIANA, L.L.C., an Indiana ) |
| | Corporation; PRIDE INTERGRATED ) |
| 13 | SERVICE, Inc., a Georgia Corporation; ) |
| | NINEHOUSE MEDIA, INC., an Illinois ) |
| 14 | Corporation; LEADERS IN COMMUNITY ) |
| | ALTERNATIVES, INC., a California ) |
| 15 | Corporation; and DOES 1-10, inclusive. ) |
| 16 | Defendants. ) |

2

Pursuant to Rule 41 (a) (1) of the *Federal Rules of Civil Procedure*, the said Plaintiffs, and the proposed class, hereby dismisses this entire action ***without prejudice*** as to each and all Defendants, Scram of California, Inc., et al. Each party to bear their own costs and fees.

This dismissal does not constitute an adjudication on the merits. Plaintiffs have determined that this action should have been brought in the United States District Court, District of Colorado. Therefore, this action is requested by the Plaintiffs that this action be dismissed by Plaintiffs, and the class without prejudice.

Dated: September 8, 2017     By:  S/ Edwin I. Aimufua, Esq._____
                              Edwin I. Aimufua, Esq., SBN: 186986
                              LAW OFFICES OF EDWIN I. AIMUFUA
                              17000 Ventura Blvd, Suite 201
                              Encino, California 91316
                              (818) 855-1118 (Telephone)
                              (818) 855-1101 (Facsimile)

*Attorneys for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically filed the foregoing document with the United States District Court by using the CM/ECF system.

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated: September 8, 2017     By:  S/ Edwin I. Aimufua, Esq._____
                              Edwin I. Aimufua, Esq., SBN: 186986
                              LAW OFFICES OF EDWIN I. AIMUFUA
                              17000 Ventura Blvd, Suite # 201
                              Encino, California 91316
                              (818) 855-1118 (Telephone)
                              (818) 855-1101 (Facsimile)

*Attorneys for Plaintiffs and the Putative Class*