UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL** JS-6

| Case No. | CV17-5588-CAS(PLAx) | Date | September 12, 2017 |
|---|---|---|---|
| Title | *JENNIFER OH; ET AL. v. SCRAM OF CALIFORNIA, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present                                         Not Present

**Proceedings:** (IN CHAMBERS) - PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE ENTIRE ACTION (Filed 09/08/17)[79]

The Court is in receipt of Plaintiffs Notice of Voluntary Dismissal Without Prejudice as to the Entire Action filed September 8, 2017. No Proposed Order was submitted. The Court accepts plaintiffs Notice of Voluntary Dismissal as filed. The above-referenced action is hereby dismissed without prejudice as to each and all defendants. Each party to bear their own costs and fees. The Court denies the following motions as moot:

- Motion to Transfer Venue and Jurisdiction[38];
- Motion to Dismiss Plaintiffs' Complaint[52]; Joinder[70]; Joinder[78]; and
- Motion to Dismiss[44].

Therefore, the September 25, 2017, at 10:00 a.m. and the October 2, 2017, at 10:00 a.m. hearings are hereby vacated.

00 : 00

Initials of Preparer CMJ